IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Banks, Jerry L

Printed: 12/28/07

Case Number: 04 B 28939
Judge: Wedoff, Eugene R
Filed: 8/4/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 19, 2007
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,960.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 1,601.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,155.20 |
| Trustee Fee: |  | 203.08 |
| Other Funds: |  | 0.00 |
| Totals: | 3,960.00 | 3,960.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,155.20 | 2,155.20 |
| 2. | Illinois Dept Of Public Aid | Priority | 19,583.83 | 0.00 |
| 3. | Illinois Dept Of Public Aid | Unsecured | 3,066.26 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 23.71 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 185.97 | 1,601.72 |
| 6. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | SBC | Unsecured |  | No Claim Filed |
| 9. | Hyundai Motor Finance | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,014.97 | $ 3,756.92 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 26.76 |
| 4% | 25.61 |
| 3% | 5.10 |
| 5.5% | 28.81 |
| 5% | 8.69 |
| 4.8% | 16.64 |
| 5.4% | 91.47 |
|  | _____ |
|  | $ 203.08 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Banks, Jerry L | Case Number:  04 B 28939 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  8/4/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

